IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PHILLIP COOK, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.: 06-cv-00038-DWA |
| | ) | |
| v. | ) | |
| | ) | |
| RADISSON HOTEL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF COURT

**AND NOW,** to-wit, this _____ day of _____ 2006, it is hereby ordered, adjudged, and decreed that the within Stipulation of Voluntary Dismissal of Carlson Companies, Inc. be, and hereby is, granted.

BY THE COURT,

_____, J.

:3048.1